# *EXHIBIT A*

Locate Venue by City, County, or ZipCode

75098

Search

## Collin County

▸ Collin County

To locate courts outside of the Eastern District of Texas, please visit the uscourts.gov website.

