**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ERIKA RASCON,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **ROCKWALL COUNTY, TEXAS; DEPUTY JEFFREY WALLS, in his individual capacity; CITY OF WYLIE; JOHN/JANE DOE DEPUTIES 1-5, in their individual capacities; and JOHN/JANE DOE WYLIE POLICE OFFICERS 1-5, in their individual capacities,** | § § § § § § § § | **No. 4:26-CV-00573-ALM** |
| | § | |
| **Defendants.** | § | |

STATE OF TEXAS §
§
COUNTY OF ROCKWALL §

BEFORE ME, the undersigned authority, personally appeared Heather Mitchell, who being by me duly sworn, upon her oath deposed as follows:

1. "My name is Heather Mitchell. I am over twenty-one years of age, have never been convicted of a felony or crime involving moral turpitude, and am fully competent to make this affidavit. I have personal knowledge of the facts stated herein and they are all true and correct.

2. I am employed as the Office Manager for the Rockwall County Sheriff's Office. As such, I am a custodian of the Rockwall County Sheriff's Office records attached to this affidavit.

3. Attached to this affidavit as Exhibit 1 is a video from the body camera of Rockwall County Sheriff's Deputy Jeffrey Walls. The video depicts events occurring on June 16,

2025, between approximately 2:30 p.m. and 4:01 p.m. Attached to this affidavit as Exhibit 2 is a video from the body camera of former Rockwall County Sheriff's Deputy Jose AcostaMejia. The video depicts events occurring on June 16, 2025, between approximately 2:59 p.m. and 4:07 p.m.

4. The records attached to this affidavit as Exhibits 1 and 2 are kept in the ordinary course of business of the Rockwall County Sheriff's Office, and it is the regular practice of the Rockwall County Sheriff's Office to make the records. The records are made at or near the time of the events recorded by someone with personal knowledge of the events, or on the basis of information transmitted by someone with personal knowledge of the events. The records attached hereto as Exhibit 1 and 2 are true and exact copies of the original records.

5.

**FURTHER AFFIANT SAYETH NOT.**

Heather Mitchell

**HEATHER MITCHELL**

SWORN TO AND SUBSCRIBED BEFORE ME, on the 2 day of September, 2026, to certify which witness my hand and official seal of office.

Samantha Humphrey

Notary Public in and for the
State of Texas

My commission expires: 6/26/27.

SAMANTHA HUMPHREY
NOTARY PUBLIC
STATE OF TEXAS
ID# 12616044-7
EXPIRES 06/26/2027

# EXHIBITS 1 AND 2




Name

Exh 1 - JeffreyWalls

Exh 2 - JoseAcostaMejia