**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ERIKA RASCON,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **vs.** | § | |
| | § | |
| **ROCKWALL COUNTY, TEXAS; DEPUTY JEFFREY WALLS, in his individual capacity; CITY OF WYLIE; JOHN/JANE DOE DEPUTIES 1-5, in their individual capacities; and JOHN/JANE DOE WYLIE POLICE OFFICERS 1-5, in their individual capacities,** | § § § § § § § | **No. 4:26-cv-00573-ALM** |
| | § | |
| **Defendants.** | § | |

**ORDER**

CAME ON to be considered Defendants Rockwall County, Texas, Deputy Jeffrey Walls, and Deputy Trey Williams' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State Claims Upon Which Relief Can Be Granted; and Motion to Dismiss for Lack of Subject Matter Jurisdiction as to Plaintiff's Negligence Claim. The Court, having considered the Motion and any responses thereto, finds that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED that Defendants Rockwall County, Texas, Deputy Jeffrey Walls, and Deputy Trey Williams' Motion to Dismiss Plaintiff's Amended Complaint for Failure to State Claims Upon Which Relief Can Be Granted; and Motion to Dismiss for Lack of Subject Matter Jurisdiction as to Plaintiff's Negligence Claim is GRANTED.

IT IS ORDERED that all of Plaintiff's claims against Rockwall County, Texas, are dismissed, with prejudice.

IT IS FURTHER ORDERED that all of Plaintiff's claims against Deputy Jeffrey Walls and Deputy Trey Williams are dismissed, with prejudice. Deputy Jeffrey Walls and Deputy Trey Williams are entitled to qualified immunity from Plaintiff's claims.